1  LELAND LAW
   7200 Greenleaf Avenue, Suite 170A
2  Whittier, CA 90602
3  Telephone: (562) 904-6955
   Facsimile:  (562) 632-1301
4  ALEXIS M. LELAND, CSBN: 223729
5  E-mail: tracey@disabilitylawfirm.com
          Attorneys for Plaintiff
6  E. MARTIN ESTRADA
7  United States Attorney
8  DAVID M. HARRIS
   Assistant United States Attorney
9  Chief, Civil Division
10 CEDINA M. KIM
   Assistant United States Attorney
11 Senior Trial Attorney, Civil Division
12 LYNN M. HARADA, CSBN
13 Special Assistant United States Attorney
          6401 Security Blvd.
14        Baltimore, MD 21235
15        Telephone:  (510) 970-4820
          Facsimile: (415) 744-0134
16        Email:  Jennifer.tarn@ssa.gov
17        Attorneys for Defendant

18                   UNITED STATES DISTRICT COURT
19                CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DVISION
20

21 COLEEN P.C.,                  ) Case No. 2:24-cv-03458-BFM
22      Plaintiff,               )
23                               ) ORDER AWARDING EQUAL
              v.                 ) ACCESS TO JUSTICE ACT
24 MARTIN O'MALLEY,              ) ATTORNEY FEES PURSUANT TO
25 Commissioner of Social Security, ) 28 U.S.C. § 2412(d)
                                 )
26      Defendant.               )

27

28

1    Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FIVE
3  THOUSAND NINE HUNDRED DOLLARS [$5,900.00], as authorized by 28
4  U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

5
6     Dated: __11/15/2024__        _____
7                                   HON. BRIANNA FULLER MIRCHEFF
                                    UNITED STATES MAGISTRATE JUDGE
8

1